IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-02063-CMA-KLM

TAE HYUNG LIM,

    Plaintiff,

v.

COLORADO CASUALTY INSURANCE COMPANY,
AMERICAN ECONOMY INSURANCE COMPANY, and
LIBERTY MUTUAL INSURANCE COMPANY,

    Defendants.

## ORDER GRANTING STIPULATED DISMISSAL OF CERTAIN DEFENDANTS

This matter is before the Court on the parties' Stipulated Motion for Dismissal of Colorado Casualty Insurance Company Liberty Mutual Insurance Company (Doc. # 11). The Court has reviewed the Stipulation and ORDERS as follows:

Defendants Colorado Casualty and Liberty Mutual are hereby DISMISSED WITHOUT PREJUDICE.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Colorado Casualty Insurance Company and Liberty Mutual Insurance Company as Defendants in this case.

DATED:  August __23__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge