IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02063-CMA-KLM

TAE HYUNG LIM,

    Plaintiff,

v.

AMERICAN ECONOMY INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Entry of Protective Order** [#20][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#20] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#20-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: November 19, 2013

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.