IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02063-CMA-KLM

TAE HYUNG LIM,

    Plaintiff,

v.

AMERICAN ECONOMY INSURANCE COMPANY,

    Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Second Joint Motion to Amend the Civil Scheduling Order** [#38][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#38] is **GRANTED**. The Scheduling Order entered on October 7, 2013 [#18], and amended on March 6, 2014 [#32] and March 13, 2014 [#36], is further modified to extend the following deadline:

- Discovery Cut-Off                                                     **May 31, 2014**

    IT IS FURTHER **ORDERED** that the only discovery allowed after May 1, 2014 is the taking of expert depositions.

    Dated: April 17, 2014

---

[1] "[#38]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.