IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 13-cv-02063-CMA-KLM

TAE HYUNG LIM,

    Plaintiff,

v.

AMERICAN ECONOMY INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. # 44), signed by the attorneys for the parties hereto.  The Court having reviewed the Stipulation, the file and being otherwise fully advised, hereby

ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

DATED:  June   06  , 2014

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge